IRVING STIER, Plaintiff, *v.* INDUSTRIAL REDISCOUNT CORPORATION, Defendant.

Municipal Court of New York, Borough of Manhattan, Fourth District, June 13, 1929.

*Lester Grossman*, for the plaintiff.

*Samuel A. Hirshowitz*, for the defendant.

ROSALSKY, J. This motion is granted. The plaintiff's action and defendant's counterclaim were dismissed on the merits. The

fact of the counterclaim being in excess of the plaintiff's claim is not the test. The plaintiff must recover a money judgment in order to be entitled to costs. The defendant is the prevailing party under subdivision 7 of section 164 of the New York City Municipal Court Code.

The clerk is ordered to enter judgment accordingly.